UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 07-CV-213-GFVT

KEITH ROGERS                                                                                         PETITIONER

VS:                                               **JUDGMENT**

HECTOR A. RIOS, JR., WARDEN                              RESPONDENT

**** **** **** ****

In accordance with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1)   The petition filed pursuant to 28 U.S.C. §2241 by Petitioner Keith Rogers against Respondent Hector A. Rios, Jr., is **DENIED**.

(2)   Judgment is entered in favor of the Respondent.

(3)   The Court certifies that any appeal would not be taken in good faith.  28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997); *Kincade v. Sparkman*, 117 F.3d 949 (6th Cir. 1997).

(4)   This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

(5)   This matter is **DISMISSED** and **STRICKEN** from the Court's docket.

This the 14th day of November, 2007.



Signed By:
*Gregory F. Van Tatenhove*
United States District Judge